UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------x
LIBERTY MUTUAL FIRE INSURANCE COMPANY
and LIBERTY INSURANCE CORPORATION,

                Plaintiffs,

  - against -

EXTELL DEVELOPMENT COMPANY,

                Defendant.
----------------------------------------------------------------x

Civil Action No.

**FED. R. CIV. P.
7.1 STATEMENT**

      Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for plaintiffs LIBERTY MUTUAL FIRE INSURANCE COMPANY and LIBERTY INSURANCE CORPORATION certifies that these plaintiffs do not have any corporate parents, affiliates and/or subsidiaries that are publicly held. The ownership structures are as follows:

    Liberty Mutual Fire Insurance Company is owned 100% by Liberty Mutual Group, Inc. which is owned 100% by LMHC Massachusetts Holdings Inc which is owned 100% by the ultimate parent Liberty Mutual Holding Company, Inc.

    Liberty Insurance Corporation is owned 100% by Liberty Mutual Insurance Company which is owned 100% by Liberty Mutual Group, Inc. which is owned 100% by LMHC

1

Massachusetts Holdings Inc which is owned 100% by the ultimate parent Liberty Mutual Holding Company, Inc.

Dated:   New York, New York
         November 23, 2011

>Yours, etc.
>
>JAFFE & ASHER LLP
>
>By: _____
>Marshall T. Potashner, Esq. (MTP-3552)
>MPotashner@Jaffeandasher.com
>Attorneys for Plaintiffs
>LIBERTY MUTUAL FIRE INSURANCE
>COMPANY and LIBERTY INSURANCE
>CORPORATION
>600 Third Avenue, 9th Floor
>New York, New York 10016
>(212) 687-3000

2